IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　　Defendants. | Case No. 23-cv-05287<br><br>**Judge John F. Kness**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff General Motors LLC ("Plaintiff" or "GM") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| conavaparts | 143 |
| drifting-spark-plug | 147 |
| flying-current | 149 |

Dated this 11th day of January 2024.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Marcella D. Slay
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Marcella D. Slay
　　　　　　　　　　　　　　　　　　　　Rachel S. Miller
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　mslay@gbc.law
　　　　　　　　　　　　　　　　　　　　rmiller@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff General Motors LLC*